# United States District Court



**GARY S. MANN**
Chief Probation Officer

**JACKSON OFFICE**
317 East Capitol Street, Suite 200
Jackson, Mississippi 39201-9914
TEL: (601) 965-4447
FAX: (601) 965-4508

Reply to: ___JACKSON___

**SOUTHERN DISTRICT OF MISSISSIPPI**

**HATTIESBURG OFFICE**
701 North Main Street, Suite 320
Hattiesburg, Mississippi 39401-3471
TEL: (601) 582-5256
FAX: (601) 582-5262

**GULFPORT OFFICE**
2010 15th Street
Gulfport, Mississippi 39501-2022
TEL: (228) 563-1850
FAX: (228) 563-1870

April 10, 2006

The Honorable William H. Barbour, Jr.
United States District Judge
245 East Capitol Street, Suite 430
Jackson, Mississippi 39201



RE:    LEWIS, Tony Jerome
Docket No. 3:00cr173BS-001
Supervised Releasee
Expiration: 01/04/2008
**Notice of Violation / Request to Monitor Pending Charges**

Dear Judge Barbour:

    Following a guilty plea, on April 25, 2001, Your Honor sentenced the offender to sixty-four (64) months imprisonment and three (3) years supervised release for Felon in Possession of a Firearm, in violation of 18 U.S.C. §922 (g)(1). Lewis released from custody on January 5, 2005, and supervision has been conducted by the Southern District of Mississippi to date.

    On November 15, 2005 and February 15, 2006, the offender submitted urinalysis' which tested positive for the presence of marijuana. When confronted with the lab results, Lewis vehemently denied the use of marijuana in both instances. The writer verbally admonished the offender for the test results, and continued to monitor compliance via frequent drug testing.

    On March 29, 2006, the offender was arrested by Hinds County Narcotics officers for Possession of Cocaine with Intent, Possession of Marijuana less than an ounce, Resisting Arrest, and Failure to Obey a Lawful Order. According to the arresting officer, the arrest took place at the Deluxe Inn Hotel on Highway 80, Jackson, Mississippi, following numerous complaints of drug activity. At the time of his arrest, Lewis had $1,094.00 on his person. Additionally, the arresting officer found ammunition in the offender's automobile; however, no firearm was discovered.

**Notice of Violation**
RE: Tony Jerome Lewis
Docket No. 3:00cr173BS-001
April 10 , 2006
Page 2 of 3

On April 6, 2006, the writer interviewed the offender at the Hinds County Detention Center. Lewis was defiant in regard to the criminal allegations, and claimed to have been "set up" and beaten by the arresting officers. Lewis admitted to having a large sum of cash on his person, but denied possessing any type of drugs.

The writer has spoken with the arresting narcotics officer, and reviewed the arrest reports. The arresting officer is willing and available to testify at a federal revocation hearing, should Your Honor request a hearing while the new charges are pending. Additionally, the writer has spoken with the offender's State Probation Officer, and a State revocation hearing has not been set, but the State Probation Officer reports that he will petition the Circuit Court to hold a revocation hearing prior to the new charges being addressed.

Lewis has not been granted a bond on the new charges. Additionally, bond appears to be moot at this point, as the State Probation Officer has placed a hold on the offender until a revocation hearing is held in Hinds County Circuit Court.

The writer anticipates, that should Your Honor request a revocation hearing at this time, the offender will likely deny all allegations, resulting in a lengthy period of officer(s) and offender testimony. This having been considered, the writer respectfully recommends that the U.S. Probation Office be allowed to monitor the status of the pending charges, report the outcome to the Court, and possibly request a revocation hearing at a later time. An arrest narrative is enclosed for Your Honor's viewing. Should Your Honor have any questions or desire another course of action, please contact this officer at 601-965-4447, extension 260.

Reviewed and Approved:

*Marty Williams*

Marty Williams, Supervising
U.S. Probation Officer

Respectfully submitted,

*Jamie Newman*

Jamie Newman
U.S. Probation Officer

**The Court Orders:**

[ ] Request a Warrant
[✓] Continue Monitoring Status of Pending Violations
[ ] Other

*William Barbour*
Signature of Judicial Officer

4/18/06
Date